SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 AUG 22  PM 4:00

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:23CR3103 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 751(a) |
| KIANA MICHELLE STABLER, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about July 20, 2023 at Kearney, Nebraska, in the District of Nebraska, the defendant, KIANA MICHELLE STABLER, did knowingly escape from custody in Dismas Charities, a Residential Reentry Center and an institutional facility in which she was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of Nebraska upon conviction for the commission of a conspiracy to interfere with commerce by robbery by way of robbing federally insured banks, in violation of Title 18 United States Code, Section 1951(a).

All in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*[signature]*

LELSEY WOODS, TX #24092092
Assistant United States Attorney